AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

<table>
<tr><td>United States of America<br>v.<br><br>Leo Vincent POOLE<br><br><br><hr><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.  18-8099- DLB<br><br>FILED by SP ___ D.C.<br><br>MAR 0 9 2018<br><br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - W.P.B.</td></tr>
</table>

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 9, 2018 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code,<br>Section 841(a)(a) | Possession with intent to distribute cocaine |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Victor Rosado, Drug Enforcement Administration
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____ 3 - 9 - 2018 _____

_____
*Judge's signature*

City and state: _____ West Palm Beach, FL _____

Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Victor Rosado, being duly sworn, depose and state:

1.      I am a Tac Agent with the Palm Beach Gardens Police Department and have been employed since May of 2013. I am currently assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer (TFO) where my primary duties include investigations relating to illegal narcotics, where I have participated in dozens of search warrants. I am also a member of the Palm Beach Gardens Special Weapons and Tactics Team. I attended basic law enforcement training at Palm Beach State College. I have also attended the following training courses: Interviews and Interrogations, Narcotics and Dangerous Drugs Investigations, and Gangs and Security Threat Groups. I have personal knowledge of the matters set forth in this affidavit. Since becoming a TFO, I have personally conducted numerous narcotics related investigations and assisted other agents on narcotics investigations. I have interviewed subjects, witnesses and confidential sources regarding the trafficking of narcotics.   I have used physical and electronic surveillance to investigate narcotics traffickers.  I have also used wire intercepts to further narcotics investigations.

2.      I submit that there is probable cause to believe that LEO VINCENT POOLE has committed possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1), in Palm Beach County in the Southern District of Florida. This affidavit is based upon my personal knowledge, review of reports, and information obtained from other law enforcement officials and civilians with knowledge of the events and evidence described herein. Because this affidavit is being prepared for the limited purpose of establishing probable cause, it does not purport to include every fact known by me about this investigation.

3.      POOLE is a known narcotics trafficker, and has been the subject of numerous investigations at the DEA. POOLE resides at 240 Croton Avenue, #103, Lantana, Florida, which is an apartment where POOLE is the sole occupant.

4.      POOLE is on federal supervised release, in case no. 08-80095-CR-HURLEY. On March 9, 2018, a United States Probation officer contacted POOLE, and advised POOLE that probation needed to search his home. Probation searched POOLE's apartment, and found one large ziplock bag containing powder cocaine, and another ziplock bag containing cocaine cooked into rock form in one of the bedrooms. In the same bedroom, probation also found mail addressed to POOLE at 240 Croton Avenue, #103, Lantana, Florida. Both substances field tested positive for the presence of cocaine.

5.      Probation also found one large ziplock bag containing hundreds of empty capsules in the same bedroom underneath the mattress. Based on my training and experience, I recognize such capsules to be tools used in narcotics trafficking. Probation also found pyrex cookware with what appeared to be cocaine residue in the closet of the same bedroom.

## CONCLUSION

6.     Based on the facts set forth in this affidavit, I believe that there is probable cause to

believe that LEO VINCENT POOLE possessed with intent to distribute cocaine, in violation

of Title 21, United States Code, Section 841(a)(1).


FURTHER YOUR AFFIANT SAYETH NAUGHT.

Victor Rosado
Drug Enforcement Administration

Sworn to and subscribed before me on March ____ 9 ____, 2018, in West Palm Beach, Florida.


DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  18-8099- MLB

**UNITED STATES OF AMERICA**

vs.

**Leo Vincent POOLE,**

**Defendant.**
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  __ Yes  X  No

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  __ Yes  X  No

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY:  _____

Susan R. Osborne
Assistant United States Attorney
Court No. A5500797
500 South Australian Ave, Suite 400
West Palm Beach, Florida 33401
TEL (561) 209-1003